STAY
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RUOCHEN YAO,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>    Defendants. | No. 5:23-CV-00798-JGB-SPx<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Jesus G. Bernal<br>United States District Judge |

    Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefore,

    IT IS HEREBY ORDERED that the instant action shall be stayed until November 20, 2024.

Dated: August 30, 2023

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE